IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>          Plaintiff,<br><br>vs.<br><br>WALKER, ATTORNEY GENERAL OF CALIFORNIA,<br><br>          Defendant. | Case No. 2:06-cv-1645-RRB-CMK<br><br>**<u>ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY</u>** |

　　　　Before the Court is Petitioner Carlos Hendon ("Petitioner"), a state prisoner proceeding pro se, with a Request for Certificate of Appealability at Docket 18.  Petitioner filed the above-entitled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, on the grounds that disciplinary citations he received for indecent exposure and openly fondling himself deprived him of liberty without due process of law because no published rule specifically prohibited his actions.  The matter was referred to a United States Magistrate Judge pursuant to the Local Rules of the Eastern District of California.

On October 25, 2006, Magistrate Judge Craig M. Kellison filed Findings and Recommendations (Docket 13) which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within 10 days.  Petitioner filed Objections to the Magistrate's Findings and Recommendations at Docket 14.

The Court conducted a <u>de novo</u> review of the case pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304 and concluded that the Magistrate's Findings and Recommendations to be supported by the record and by proper analysis.  On January 16, 2007, the Court adopted the Magistrate's Findings and Recommendations, granted Respondent's Motion to Dismiss, dismissed Petitioner's Motion for Discovery, denied Petitioner's Motion for Discovery as moot, and directed entry of judgment and closure of the case Docket 15.  Judgment was entered on January 16, 2007.  Docket at 16.

A certificate of appealability may issue only if Petitioner has made "a substantial showing of the denial of a constitutional right" and "shall indicate which specific issue or issues satisfy the showing required."  28 U.S.C. § 2253(c)(2)-(3).  If the Court declines to issue a certificate of appealability, it must "state why a certificate should not issue."  Fed. R. App. P. 22(b).  For the reasons specifically set forth in the Magistrate's Findings and Recommendations, the Court concludes that Petitioner has not made the required "substantial showing."

Accordingly, Petitioner's request for a Certificate of Appealability is hereby **DENIED.**

**IT IS SO ORDERED.**

ENTERED this 13TH day of August, 2007.

                                S/RALPH R. BEISTLINE
                                UNITED STATES DISTRICT JUDGE